**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ilan Wolf Gorbaty aka Ilan W. Gorbaty aka Ilan Gorbaty aka Elan W. Gorbaty<br>Debtor | CHAPTER 13<br><br>BKY. NO. 16-16828 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 2200

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734