# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16828-MDC

ILAN WOLF GORBATY

162 Edgehill Rd.

Bala Cynwyd, PA 19004

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ILAN WOLF GORBATY

    162 Edgehill Rd.

    Bala Cynwyd, PA 19004

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

Date: 1/10/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee