# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-16828-MDC

ILAN WOLF GORBATY

162 Edgehill Rd.

Bala Cynwyd, PA 19004

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ILAN WOLF GORBATY

    162 Edgehill Rd.

    Bala Cynwyd, PA 19004

**Counsel for debtor(s), by electronic notice only.**
    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 1/27/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee