United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                    Case No. 16-16828-mdc
Ilan Wolf Gorbaty                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Sep 15, 2017
                       Form ID: pdf900    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.
```
db              +Ilan Wolf Gorbaty,    162 Edgehill Rd.,    Bala Cynwyd, PA 19004-3144
cr              +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13798442         Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13798443        +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13798444        +EverBank,    301 West Bay Street,    Jacksonville, FL 32202-5180
13798445        +First Horizon Home Loans,    350 Highland Dr.,    Lewisville, TX 75067-4177
13861330        +First Tennessee Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas TX 75261-9096
13798446        +Glelsi/College Loan Co,    Po Box 7860,    Madison, WI 53707-7860
13804199        +Nationstar Mortgage LLC,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,    San Diego, CA 92177-7921
13798449         Pennsylvania Dept. of Revenue,    Dept 280948,    Harrisburg, PA 17128-2601
13900341        +The Law offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,    Wayne, PA 19087-3317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Sep 16 2017 03:39:41     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2017 03:38:51
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2017 03:39:21     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2017 03:42:17     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13879021         E-mail/Text: bankruptcy.bnc@ditech.com Sep 16 2017 03:38:26
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
13798447         E-mail/Text: cio.bncmail@irs.gov Sep 16 2017 03:38:23     Internal Revenue Service,
                  Unsolvency Unit,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13798448        +E-mail/Text: blegal@phfa.org Sep 16 2017 03:39:09     PA Housing Finance Agency,
                  211 North Front Street,    Harrisburg, PA 17101-1406
13864857         E-mail/Text: blegal@phfa.org Sep 16 2017 03:39:09     PHFA/HEMAP,   211 NORTH FRONT ST,
                  PO BOX 8029,    HARRISBURG, PA 17101
13801654         E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2017 03:42:18
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                             TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
13798450         Syncb/Jcp
cr*             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                       TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Ilan Wolf Gorbaty anthonyfrigo@msn.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Virginia            Page 2 of 2             Date Rcvd: Sep 15, 2017
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 6

Case 16-16828-mdc    Doc 43    Filed 09/17/17    Entered 09/18/17 01:14:54    Desc Imaged
Certificate of Notice    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OFPENNSYLVANIA

IN RE:     Ilan Wolf Gorbaty                 :     Chapter 13
                                                       :     No.     16-16828
                                                       :

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

      7.     If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: September 15, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE