**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Arthur James Guy | : | Chapter 13 |
| and Evelyn Marie Guy | : | No.        16-14854 |

## CERTIFICATE OF SERVIVCE

The undersigned, Anthony A. Frigo, Esquire, attorney for the Debtor, hereby certified that a copy of the Order Dismissing Chapter 13 and Setting Deadlines For the Application for the Allowance of Administrative Expenses was been served all parties of interest on September 20, 2017.

Dated: October 3, 2017                                    /S/ Anthony A. Frigo
                                                                    Anthony A. Frigo, Esquire
                                                                    175 Strafford Ave., Suite 1
                                                                    Wayne, PA 19087
                                                                    610.687.7784