**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ilan Wolf Gorbaty          :          Chapter 13

                                :          No.        16-16828

**ORDER**

AND NOW, this            day of                              , 2017, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4,000.00 charged to the Debtor and costs of $310.00 incurred on behalf of Debtor be approved and that $2,000.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_____
J.
United States Bankruptcy Judge