# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ilan Wolf Gorbaty : Chapter 13
: No. 16-16828

## ORDER

AND NOW, this 9th day of November, 2017, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4,000.00 charged to the Debtor and costs of $310.00 incurred on behalf of Debtor be approved and that $2,000.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

_Magdeline D. Coleman_
J.
United States Bankruptcy Judge